IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HAWKINS, | : CIVIL ACTION |
| | : NO. 19-5288 |
| Plaintiff, | : |
| v. | : |
| CITY OF PHILADELPHIA | : |
| d/b/a PHILADELPHIA POLICE | : |
| DEPARTMENT, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this **30th** day of **November, 2021**, after considering Defendants' Motion for Summary Judgment and Plaintiff's Response thereto, it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum, the Motion [ECF No. 33] is **DENIED**. As Plaintiff has withdrawn his claims of discrimination and retaliatory hostile work environment, Plaintiff's claim of hostile work environment may proceed to trial.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**